(March 23, 2016)

■ DERRICK G. ARJUNE, Appellant, v COMMONWEALTH LAND TITLE INSURANCE COMPANY, Respondent. [26 NYS3d 871]—In an action, inter alia, to recover damages for negligent misrepresentation, the plaintiff appeals from an order of the Supreme Court, Queens County (Brathwaite Nelson, J.), entered February 6, 2015, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

In support of its motion for summary judgment dismissing the complaint, the defendant submitted evidence establishing its prima facie entitlement to judgment as a matter of law. In opposition thereto, the plaintiff failed to raise a triable issue of fact. Accordingly, the Supreme Court properly granted the defendant's motion for summary judgment dismissing the complaint (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Chambers, J.P., Austin, Sgroi and Duffy, JJ., concur.